**MED–PRO INDUSTRIES, Plaintiff/Counterclaim Defendant–Appellee,**

and

**Ronald T. Stanko, Plaintiff/Counterclaim Defendant–Appellee,**

and

**Presbyterian University Hospital (doing business as University of Pittsburgh Medical Center), Counterclaim Defendant–Appellee,**

v.

**Paxton King BEALE, Defendant/Counterclaimant–Appellant.**

No. 01–1150.

United States Court of Appeals, Federal Circuit.

July 10, 2001.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Lanny L. JOHNSON**

No. 01–1407.

United States Court of Appeals, Federal Circuit.

July 12, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).